JOHN H. LANDOR v. LINDA LANDOR.

June 13, 1989.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF ROCKLAND ELEC-
TRIC COMPANY FOR APPROVAL OF A CHANGE IN ITS
FUEL CHANGE TO BE EFFECTIVE JANUARY 1, 1987.

NEW JERSEY DEPARTMENT OF THE PUBLIC ADVOCATE v.
NEW JERSEY BOARD OF PUBLIC UTILITIES.

June 13, 1989.

Petition for certification denied.   (See 231 *N.J.Super.* 478)

JERRY O. MACFARLANE, ET UX. v. DR. N. YATRAKIS.

June 13, 1989.

Petition for certification denied.

CHARLES KLATSKIN v. AGFA–GEVAERT, INC.

June 13, 1989.

Petition for certification denied.